■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HORATIO MITCHELL, Appellant. [854 NYS2d 672]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Mangano, Jr., J.), rendered February 21, 2006, convicting him of robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the prosecutor's remarks were fair comment upon the evidence or were a fair response to arguments presented in the summation by defense counsel (*see People v Schouenborg*, 42 AD3d 473 [2007]; *People v Urena*, 24 AD3d 693 [2005]; *People v George*, 2 AD3d 457 [2003]; *People v Jones*, 294 AD2d 517, 518 [2002]; *People v Banks*, 258 AD2d 525, 526 [1999]).

The defendant's remaining contention is not preserved for appellate review (*see* CPL 470.05 [2]), and we decline to review it in the exercise of our interest of justice jurisdiction (*see* CPL 470.15 [3] [c]). Fisher, J.P., Ritter, Dillon and McCarthy, JJ., concur.